1

2                                                    *E-FILED:  April 3, 2012*

3

4

5

6

7                                   NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11   MICHAEL HOLBROOK,                          No. C10-03560 HRL

12          Plaintiff,                          **ORDER DENYING MOTION TO
                                                SUBSTITUTE PLAINTIFF**
13      v.

14   LONGHOUSE RESTAURANT, INC. dba             **[Re:  Docket No. 17]**
     LONGHOUSE RESTAURANT; HOWSON
15   INDUSTRIES, a California limited partnership,

16          Defendants.
     _____/
17

18          Plaintiff Michael Holbrook filed this suit, alleging that defendants failed to provide him

19   full and equal access to their facilities.  He asserted three claims for relief—i.e. for alleged

20   violation of (1) the Americans With Disabilities Act (ADA), 42 U.S.C. § 12101, et seq., (2) the

21   California Disabled Persons Act, Cal. Civ. Code § 54, et seq., and (3) the Unruh Civil Rights

22   Act, Cal. Civ. Code § 51, et seq.[1]

23          This court is told that Holbrook died on October 31, 2011 and that the state court has

24   assigned his estate (including any statutory damages that may be awarded in this case) to his

25   widow, Patricia Holbrook.  Pursuant to Fed. R. Civ. P. 25, Patricia now moves for an order

26   permitting her to proceed as plaintiff in Holbrook's place.  Defendant Longhouse Restaurant,

27

28

_____

        [1]      Pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, all parties have
expressly consented that all proceedings in this matter may be heard and finally adjudicated
by the undersigned.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1   Inc. opposes the motion.[2]  The matter is deemed suitable for determination without oral

2   argument, and the April 10, 2012 hearing is vacated.  Civ. L.R. 7-1(b).

3        "If a party dies and the claim is not extinguished, the court may order substitution of the

4   proper party."  FED. R. CIV. P. 25(a).  The only remedy available to Holbrook as a private

5   litigant under the ADA is injunctive relief.  See 42 U.S.C. § 12188(a).  As such, there is no

6   dispute that his death extinguished his ADA claim, the sole basis for federal jurisdiction.  See

7   Kennerly v. United States, 721 F.2d 1252, 1260 (9th Cir. 1983) (stating that plaintiff's death

8   mooted his claims for injunctive relief).  There no longer being any basis for relief under federal

9   law, this court declines to exercise supplemental jurisdiction over Holbrook's remaining state

10  law claims.  28 U.S.C. § 1367(c).  This court does not reach Patricia's motion to substitute with

11  respect to those claims, and those claims are dismissed without prejudice.  See, e.g.,  Barria v.

12  Yu, No. 08-cv-0908, 2010 WL 2653322 (S.D. Cal., July 1, 2010); Barria v. B East, LLC, No.

13  09cv2777, 2010 WL 2485721 (S.D. Cal., June 16, 2010).

14       The clerk shall close the file.

15       SO ORDERED.

16  Dated: April 3, 2012

17
                                        _____
18                                      HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28
    _____
         [2]      Defendant Howson Industries has not filed any response to Patricia's motion.

1    5:10-cv-03560-HRL Notice has been electronically mailed to:

2    David W. Lively      dlively@hopkinscarley.com

3    Kenneth Randolph Moore      natalyn@moorelawfirm.com

4    Sara B. Allman      all-niel@comcast.net

5    Shirley Jackson      sjackson@hopkinscarley.com, pvoight@hopkinscarley.com

6    Tanya Eugene Moore      tanya@moorelawfirm.com, jessica@moorelawfirm.com,
     marejka@moorelawfirm.com, paralegal@moorelawfirm.com

7

8    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3